No. 9518. SETH F. BOHART, Administrator with Will Annexed of the Estate of J. D. Borrows, deceased, PLAINTIFF AND RESPONDENT, *v.* FRANK M. GRAY and SHIRLEY GRAY, his wife, DEFENDANTS AND APPELLANTS, and WILLIAM C. KJAR and ESTHER A. KJAR, his wife; MRS. T. J. PERKINS, also known as AGNES A. PERKINS, and T. J. PERKINS, her husband, DEFENDANTS AND RESPONDENTS.

279 Pac. (2d) 698.

Decided February 8, 1955.

*Ernest A. Peterson, E. F. Bunker,* and *Lyman H. Bennett, Jr.,* Bozeman, for appellant.

*Seth F. Bohart,* Bozeman, pro se.

*J. H. Morrow, Jr.* and *D. A. Nash,* Bozeman, for Kjar.

*Stanley M. Doyle,* Polson, for Perkins.

Per Curiam.

It appearing that appellants have failed to file their record on appeal herein within the time allowed by rule of court, or otherwise, or at all, and no extension of time having been allowed or ordered;

Now therefore on respondent's motion for a dismissal of the appeal it is ordered that such motion be and it is granted and the appeal is ordered dismissed with prejudice.